United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HERNAN ALFARO HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-6192 |
| | § | |
| WARDEN, JOE CORLEY PROCESSING CENTER, *et al.* | § | |
| | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Hernan Alfaro Hernandez filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE). On September 4, 2026, the court ordered the respondents to answer (Dkt. 4). The respondents filed an advisory (Dkt. 6) and present evidence that the petitioner was released on his own recognizance on September 14, 2026. Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore this habeas action is **DISMISSED as moot.** All pending motions are **DENIED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on September 30, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE